

**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60556-CIV-COHN/SNOW

KENNETH JAMES,

      Petitioner,

v.

JAMES McDONOUGH,

      Respondent.
_____/

## ORDER SUSTAINING OBJECTIONS TO REPORT AND RECOMMENDATION AND RE-REFERRING CASE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon a Report and Recommendation regarding Petitioner Kenneth James' Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. §2254 [DE 4]. The Court has conducted a *de novo* review of the record herein, including the Report and Recommendation and Petitioner's Objections [DE 5], and is otherwise duly advised in the premises.

The Report and Recommendation submitted by United States Magistrate Judge Patrick A. White asserts that Mr. James' Petition is a successive petition for writ of habeas corpus, and thus was not properly filed because Mr. James did not obtain the requisite prior authorization from the United States Court of Appeals for the Eleventh Circuit, pursuant to 28 U.S.C. §2244(b)(3)(A). The previous Petition filed by Mr. James, case no. 05-61925-CIV-Dimitrouleas, was dismissed as unexhausted on April 14, 2006. (Exhibit filed with Objections, [DE 5]). Mr. James accurately argues in his Objections that a petition for writ of habeas corpus filed after an initial petition was dismissed for failure to exhaust state remedies does not constitute a second or successive petition

that would require prior authorization.  See Slack v. McDaniel, 529 U.S. 473, 478 (2000).  Therefore, the Court concludes that Mr. James' Petition is not a second or successive petition, and no prior authorization was required.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Petitioner's Objections to the Report and Recommendation [DE 5] are **SUSTAINED**.

2. The above-referenced case is **RE-REFERRED** to Magistrate Judge Patrick A. White for appropriate disposition or report and recommendation of all matters in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 30TH day of May, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Kenneth James, pro se
DC #114554
Glades Correctional Institution
500 Orange Avenue Circle
Belle Glade, FL  33430-5222

2